DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BISON DEVELOPMENT GROUP, LLC** and **KEVIN PAUL GREEN,**
Appellants,

v.

**KARL GECKLER, LLC** and **HOMEWISE INVESTMENTS, LLC,**
Appellees.

No. 4D21-992

[August 12, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502019CA010951XXXXMB.

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Donald G. Peterson and Yasser Lakhlifi of Yarnell & Peterson, P.A., Naples, for appellee Karl Geckler, LLC.

Michael J. Farrar of Michael J. Farrar, P.A., Aventura, for appellee Homewise Investments, LLC.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***